IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-00957-ESL13 |
|---|---|
| JUAN MUNDO FELICIANO | Chapter 13 |
| xx-xx-5371 | |
| Debtor(s) | FILED & ENTERED ON JAN/18/2023 |

ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION

This case is before the Court on debtor(s)' motion under 11 USC § 1329 to modify the confirmed plan and to Approve the amended plan dated October 21, 2022 (Docket Entry #23). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of January, 2023.

*Enrique S. Lamoutte*
United States Bankruptcy Judge